**Fill in this information to identify the case:**

Debtor name    Boonstle, Inc.

United States Bankruptcy Court for the:   District of Massachusetts

(State)

Case number (If known):   19-14405

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................................................... $ 21,787,033.11

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................................................... $ 21,787,033.11

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................ $ 893,969.71

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................................ $ 43,591.50

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................... +$ 4,799,492.60

4. **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b
   $ 5,737,053.81

| Fill in this information to identify the case: |
| --- |

Debtor name    Boonstle, Inc.

United States Bankruptcy Court for the: District of Massachusetts

Case number (If known):    19-14405

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                   $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. PayPal Business Account | Checking | ___ ___ ___ ___ | $ 0.00 |
| 3.2. See continuation sheet | | ___ ___ ___ ___ | $ 202,013.49 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $ _____
   4.2. _____    $ _____

5. **Total of Part 1**                                                              $ 202,013.49

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $ _____
   7.2. _____    $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Dollar/Forwards Merchant Financing for 36 Brookfield _____ $ 10,000.00

8.2. See continuation sheet _____ $ 53,543.75

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. | $ 63,543.75

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 462,380.96 | – | 0.00 | = ......→ | $ 462,380.96 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | 797,438.52 | – | 0.00 | = ......→ | $ 797,438.52 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $ 1,259,819.48

## Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $ _____ |
|---|---|---|
| 14.2. _____ | _____ | $ _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| 15.1. Boonteller, LLC _____ | _____% | _____ | $ 0.00 |
|---|---|---|---|
| 15.2. Booninfra, LLC _____ | _____% | _____ | $ 0.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. _____ | _____ | $ _____ |
|---|---|---|
| 16.2. _____ | _____ | $ _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. | $ 0.00

Debtor __Boonstle, Inc._____   Case number (if known)__19-14405_____
　　　　　　Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

$_____

24. Is any of the property listed in Part 5 perishable?
    ☐ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor    Boonstle, Inc.
_____    Case number *(if known)* 19-14405
          Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                    $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** <br> 15 office chairs, small desks, store buildout | $ 42,163.00 | Depreciation | $ 10,292.60 |
| **40. Office fixtures** | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> 10 laptops 5 printers modems | $ 34,150.00 | depreciation | $ 12,188.84 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $ | | $ |
| 42.2_____ | $ | | $ |
| 42.3_____ | $ | | · $ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                    $ 22,481.44

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2017 Nissan NV 200 Cargo Van | $ 17,094.00 | Depreciation | $ 16,703.05 |
| 47.2 2016 Nissan NV 1500 Cargo Van | $ 27,975.00 | Depreciation | $ 14,767.60 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 31,470.65

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor ___Bloomsite, Inc._____    _____19-14405_____
        Name                                     number (if known)

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 South Station, 900 Atlantic Ave, Boston MA | Kiosk lease | $_____ | _____ | 0.00<br>$_____ |
| 55.2 2 Dinoak Lane Suite 100 Cherry Hill, NJ | Office Lease | $_____ | _____ | 0.00<br>$_____ |
| 55.3 36 Bromfield Street, Boston, MA | Office lease | $_____ | _____ | 0.00<br>$_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Kabloom.com; Bloomkonnect.com | $_____ | _____ | 0.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>License to use Bloom20 | $_____ | _____ | 0.00<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer lists | $_____ | _____ | 0.00<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>Software programs Kabloom, Bloomkonnect and Aramark POS | 1,274,716.00<br>$_____ | Depreciation | 537,122.87<br>$_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 537,122.87

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   - ☐ No
   - ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____ — _____ = → $ _____
   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)
   NOL estimated    Tax year 2019    $ 5,900,000.00
   NOL    Tax year 2014    $ 427,484.00
   See continuation sheet    Tax year _____    $ 13,340,966.00

73. **Interests in insurance policies or annuities**
   Workers Compensation and liability policies (Booninfra, LLC)    $ Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____    $ _____

   **Nature of claim**    _____

   **Amount requested**    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   See continuation sheet    $ 2,131.43

   **Nature of claim**    _____

   **Amount requested**    $ _____

76. **Trusts, equitable or future interests in property**

   _____    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____    $ _____
   _____    $ _____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.    $ 19,670,581.43

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

Debtor  Boonstie, Inc.
Name

Case number (if known) 19-14405

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 202,013.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 63,543.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,259,819.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 22,481.44 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 31,470.65 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................................................→ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 537,122.87 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 19,670,581.43 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 21,787,033.11 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................................   21,787,033.11      $ 21,787,033.11

Debtor 1   Boonstle, Inc.

First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| Bank of America | Checking | 2855 |
| Balance: 2,003.49 | | |
| Bank of America | Checking | 2855 |
| Balance: 200,000.00 | | |
| Bank of America | Checking | 6667 |
| Balance: 0.00 | | |
| Bank of America | Checking | 6670 |
| Balance: 0.00 | | |
| Bank of America | Checking | 6683 |
| Balance: 10.00 | | |

**8) Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | |
|---|---|
| On Brand | $2,000.00 |
| 313 Harvard Street LLC | $2,500.00 |
| Kabloom.com | $2,500.00 |
| Cherry Hill | $15,602.50 |
| Natick Mall | $20,500.00 |
| EOP South Station | $10,441.25 |

**72) Tax refunds and unused net operating losses (NOLs)**

| | | |
|---|---|---|
| NOL | 2015 | 1,771,668.00 |
| Unused NOL | 2017 | 3,662,362.00 |
| Unused NOL | 2016 | 2,814,605.00 |
| Unused NOLs | 2018 | 5,092,331.00 |

**75) Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | | |
|---|---|---|---|
| Credit, Employment Security Dept, State of Washington | overpayment by Booninfra | 2,131.43 | 2,131.43 |
| Potential claims against former employees re use of IP, violation | Theft of IP | 0.00 | Unknown |

Debtor 1  Boonstle, Inc.                                                            19-14405
          _____          Case number (if known)_____
          First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 206 A/B

**of non-compete**

**Fill in this information to identify the case:**

Debtor name     Boonstle, Inc.

United States Bankruptcy Court for the:   District of Massachusetts

Case number (If known):   19-14405

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>Eastern Bank<br><br>**Creditor's mailing address**<br>265 Franklin Street<br>Boston, MA 02110<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** _____<br>**Last 4 digits of account number** 3852<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☑ Yes. Specify each creditor, including this creditor,<br>Eco Enterprises Partners II, LP<br>Van Hoekelen Greenhouse,<br>Pay Pal | **Describe debtor's property that is subject to a lien**<br>10 laptops 5 printers modems, Kabloom.com; Bloomkonnect.com, Customer lists, Software programs Kabloom, Bloomkonnect and Aramark POS, chairs, desk, conference room furniture, laptops, printers, couch,<br>**Describe the lien**<br>Agreement you made<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 39,306.98 | $ 749,311.71 |
| **2.2** **Creditor's name**<br>Eco Enterprises Partners II, LP<br><br>**Creditor's mailing address**<br>5614 Connecticut Ave NW<br>#135, Washington, DC 20015-2604<br><br>**Creditor's email address, if known**<br>tnecomark@ecoenterprisesfund.com<br><br>**Date debt was incurred** 7/20/2016<br>**Last 4 digits of account number** _____<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☑ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>Eastern Bank, Van Hoekelen Greenhouse, Pay Pal<br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien**<br><br><br>**Describe the lien**<br>Agreement you made<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $470,338.00 | $200,010.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 893,969.71

Debtor  Boonstle, Inc.
Name

Case number (if known) 19-14405

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**
Nissan Motor Acceptance Corp

**Creditor's mailing address**

PO Box 660360
Dallas, TX 75266-0360

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Nissan NV 1500 Cargo Van

$13,377.96        $14,767.60

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** **Creditor's name**
Nissan Motor Acceptance Corp

**Creditor's mailing address**

PO Box 660360
Dallas, TX 75266-0360

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 Nissan NV 200 Cargo Van

$16,723.95        $16,703.05

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   Boonstle, Inc.
    Name                                    Case number *(if known)*___19-14405_____

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
PayPal Working Capital

**Creditor's mailing address**

Attn Executive Escalation
PO Box 5018, Timonium, MD 21094

**Creditor's email address, if known**

Date debt was incurred   4/18/2019
Last 4 digits of account
number

Do multiple creditors have an interest in the same property?
☑ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   | Eastern Bank, Eco Enterprises Partners II LLP |

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Customer lists

             $23,101.00      $0.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
Van Hoekelen Greenhouses, Inc.

**Creditor's mailing address**

PO Box 88
Mcadoo, PA 18237-0088

**Creditor's email address, if known**
hollyp@vhgreenhouses.com

Date debt was incurred   _____
Last 4 digits of account
number

Do multiple creditors have an interest in the same property?
☑ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   | Eastern Bank,  Eco Enterprises Partners, II LLP |

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

             $331,121.82     $ 200,000.00

**Describe the lien**
Judicial lien, attachment

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| Debtor | Boonstle, Inc. | Case number (if known) | 19-14405 |
| | Name | | |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David Viens, Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA, 02210-1181 | Line 2. 6 | |
| Eastern Bank<br>PO Box 843335<br>Boston, MA, 02284 | Line 2. 1 | |
| Eco Enterprise Partners II, LLP<br>El Cedral Corporate Center<br>Tower 4, Level 1, Noveza Office<br>San Rafael de Esczu, San Jaun, COSTA RICA | Line 2. 2 | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

**Fill in this information to identify the case:**

Debtor _____ Boonstle, Inc. _____

United States Bankruptcy Court for the: District of Massachusetts

Case number   19-14405
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>CA Employment Development Dept<br>722 Capital Mall<br>#5098<br>Sacramento, CA, 95814 | As of the petition filing date, the claim is:  $ 1,592.76<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | | $_____ |
| Date or dates debt was incurred<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>NY State Workers Compensation Board<br>Attn Finance Office<br>328 State Street,  Room 331<br>Schenectady, NY, 12305 | As of the petition filing date, the claim is:  $ 34,232.83<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | | $_____ |
| Date or dates debt was incurred<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>South Carolina Department of Revenue<br>PO Box  2535<br>Charlotte, NC, 28202 | As of the petition filing date, the claim is:  $992.84<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | | $_____ |
| Date or dates debt was incurred<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor _____    Case number (if known) __19-14405__
        Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address**
State of Washington
Department of Revenue
PO Box 47473
Olympia, WA, 98504

$6,773.07    $

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.___ Priority creditor's name and mailing address**

$_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.___ Priority creditor's name and mailing address**

$_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.___ Priority creditor's name and mailing address**

$_____    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

Debtor _____     Case number _(if known)_ 19-14405
        Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address<br>113 Harvard St, LLC<br>1018 Commonwealth Ave<br>Boston, MA, 02215 | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 17,180.78 |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |

| **3.2** | Nonpriority creditor's name and mailing address<br>AAC South Station Property LLC<br>150 E. 58th Street<br>39th Floor<br>New York, NY, 10155 | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 37,741.77 |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |

| **3.3** | Nonpriority creditor's name and mailing address<br>Abdallah Candies Inc<br>6075 147th St W<br>Apple Valley, MN, 55124-2601 | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Suppliers or Vendors | $ 818.70 |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |

| **3.4** | Nonpriority creditor's name and mailing address<br>Accu Staffing Services<br>P.O. Box 8346<br>Cherry Hill, NJ, 08002-0346 | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Suppliers or Vendors | $ 37,335.12 |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |

| **3.5** | Nonpriority creditor's name and mailing address<br>Acupro Consulting Private Limited<br>346, Shankar Chowk Rd, Phase II, Udyog Vihar,<br>Sector 20,<br>Gurugram, Haryana 122016, India | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 10,150.00 |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |

| **3.6** | Nonpriority creditor's name and mailing address<br>Adecco Employment Service<br>250 Royall St<br>Canton, MA, 02021 | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 6,203.15 |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |

Debtor _____
Name

Case number (if known)_19-14405_____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.⁷ Nonpriority creditor's name and mailing address**

Aero Rubber Company
8100 West 185th St st 185th
Tinley Park, IL, 60487

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 212.00

---

**3.⁸ Nonpriority creditor's name and mailing address**

Agri Rainbow S.A.S
Calle 5 # 24-44,La Ceja
Antioquia 55010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,640.30

---

**3.⁹ Nonpriority creditor's name and mailing address**

Agricola Circasia Sa
Bogota, COLOMBIA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 98.00

---

**3.¹⁰ Nonpriority creditor's name and mailing address**

Agriver Agriculture LTD
175-52 148th Road
Rosedale, NY, 11422

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,649.50

---

**3.¹¹ Nonpriority creditor's name and mailing address**

Agroindustria del Rio S.A.S
Calle 5 No 24 44,La Ceja
Medellin COLOMBIA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 742.50

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 12**   Nonpriority creditor's name and mailing address

Airgas USA
259 North Radnor-Chester Road
Suite 100
Radnor, PA, 19087-5283

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 860.25

---

**3. 13**   Nonpriority creditor's name and mailing address

All on Block
40 Heather Street
Unit 207
Beverly, MA, 01915

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,000.00

---

**3. 14**   Nonpriority creditor's name and mailing address

Almanc Flowers SAS
Bogota COLOMBIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19.80

---

**3. 15**   Nonpriority creditor's name and mailing address

Amazon Accrual Allowance
Amazon Fulfillment Services Inc
410 Terry Ave
North Seattle, WA, 98109-5210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,296.13

---

**3. 16**   Nonpriority creditor's name and mailing address

American Express
PO Box 981535
El Paso, TX, 79998-1535

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 455,017.89

---

Debtor _____   Case number (if known) _19-14405_
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.17  Nonpriority creditor's name and mailing address**

Amit Gupta
28 9th Street
Apt 802
Medford, MA, 02155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 492.03

---

**3.18  Nonpriority creditor's name and mailing address**

Arizona East Growers LLC
1016 W Summer Ave, NJ 08341
Minotola, NJ, 08341

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,390.84

---

**3.19  Nonpriority creditor's name and mailing address**

Aspire Software Consultancy
#5, 1st Cross, Industrial Area, N.S. Palya Road,
BTM 2nd Stage, Bengaluru,
Karnataka 560076, INDIA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,200.00

---

**3.20  Nonpriority creditor's name and mailing address**

AT&T
208 S. Akard St
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 230.18

---

**3.21  Nonpriority creditor's name and mailing address**

Avanti Press
155 W. Congress
Suite 200
Detroit, MI, 48226

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,246.99

---

Debtor _____   Case number (if known) ___19-14405___
Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.22  Nonpriority creditor's name and mailing address**

Bank of America
PO Box 15168
Wilmington, DE, 19850-5168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 40,003.19

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.23  Nonpriority creditor's name and mailing address**

Banner & Witcoff, Inc
28 State St
Boston, MA, 02109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,182.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.24  Nonpriority creditor's name and mailing address**

Baraka Roses
Nguriba along Lanet-Ndundori road. Postal: P.O.
Box 58013-00200
Nairobi, KENYA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 29.20

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.25  Nonpriority creditor's name and mailing address**

Barcodes Inc
200 W Monroe St  60606
Ste 2300
Chicago, IL, 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,739.73

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.26  Nonpriority creditor's name and mailing address**

Bellaflor/Expoflor
7250 NW 35 Terrace
Miami, FL, 33122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 26,973.44

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____   Case number (if known) 19-14405
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.27** Nonpriority creditor's name and mailing address

Better Business Bureau
3033 Wilson Boulevard
, Suite 600
Arlington, VA, 22201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 53.50

---

**3.28** Nonpriority creditor's name and mailing address

Blooms Valley Limited/Xpressions Flora
Njoro, Kenya

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,674.00

---

**3.29** Nonpriority creditor's name and mailing address

Brandnew Studio S.A.S.
Cra. 16 ##93 - 78, Bogotá
Cundinamarca, COLOMBIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 44.20

---

**3.30** Nonpriority creditor's name and mailing address

Brian and Edna McTernan
3301 Quilcene Lane
Naples, FL, 34114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50,000.00

---

**3.31** Nonpriority creditor's name and mailing address

Brussel?s Bonsai Nursery
8125 Center Hill Road
Olive Branch, MS, 38654

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,603.86

---

Debtor _____    Case number (if known) _19-14405__
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ³² **Nonpriority creditor's name and mailing address**

Business Solution

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 319.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ³³ **Nonpriority creditor's name and mailing address**

C.I LOS AROMAS FARMS
Calle 20 NO 26-95 La Ceja
Antioquia COLOMBIA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,134.75

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ³⁴ **Nonpriority creditor's name and mailing address**

C.I San Francisco Gardens
900151614.4 - Régimen Común
CR 15 7 A 49 IN , MEDELLIN, ANTIOQUIA,
COLOMBIA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 27,793.21

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ³⁵ **Nonpriority creditor's name and mailing address**

C.I. Guadalupe  Ltd
Vereda Guamito, Carmen De Viboral
Antioquia  COLOMBIA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 12,405.47

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ³⁶ **Nonpriority creditor's name and mailing address**

C.I.Natural Farms SAS
CRA 112 F #81 51 Casa 10
Bogota  COLOMBIA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 49,352.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____   Case number (If known) 19-14405
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. if no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.37**  **Nonpriority creditor's name and mailing address**

Ca Foliage Bouquets Corp
Po Box 261286
Miami, FL, 33126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 959.70

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.38**  **Nonpriority creditor's name and mailing address**

Cable Ties Unlimited
420 Pearl Rd, Brunswick, OH 44212
Brunswick, OH, 44212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,705.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.39**  **Nonpriority creditor's name and mailing address**

Caitlin Willis
307 Stonybrook Drive
Woodbury, NJ, 08096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 627.33

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.40**  **Nonpriority creditor's name and mailing address**

Cherry Umbrella LLC
1937 Olney Ave
Cherry Hill, NJ, 08003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 19,367.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.41**  **Nonpriority creditor's name and mailing address**

Cherry Umbrella LLC
1937 Olney Ave
Cherry Hill, NJ, 08003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,948.06

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____    Case number _(if known)_ __19-14405__
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42  Nonpriority creditor's name and mailing address

Cherry Umbrella LLC
1937 Olney Ave
Cherry Hill, NJ, 08003

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 5,144.53

---

**3.** 43  Nonpriority creditor's name and mailing address

Choice Farms
3785 NW 82d Ave
Suite 415
Miami, FL, 33166

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 1,112.78

---

**3.** 44  Nonpriority creditor's name and mailing address

Chrysal USA
3063 NW 107th Ave
Doral, FL, 33172

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 360.00

---

**3.** 45  Nonpriority creditor's name and mailing address

Coca-Cola Bottling Company United
4600 E Lake Blvd
Birmingham, AL, 35217-4032

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 1,478.97

---

**3.** 46  Nonpriority creditor's name and mailing address

Cohan Rasnick Myerson Plaut LLP
1 State Street
#1200
Boston, MA, 02109

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 9,186.81

---

Debtor _____    _____ 19-14405
        Name                      Case number (if known)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47    **Nonpriority creditor's name and mailing address**

Comcast
PO Box 1577
Newark, NJ, 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3.** 48    **Nonpriority creditor's name and mailing address**

Connectaflor LLC
1800 NW 89th Pl
Miami, FL, 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 436.00

---

**3.** 49    **Nonpriority creditor's name and mailing address**

Continental Floral Greens
3555 NW 77th Avenue
Miami, FL, 33122

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,608.42

---

**3.** 50    **Nonpriority creditor's name and mailing address**

Coremark
1035 Nathan Lane North
Minneapolis, MN, 55441

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,819.07

---

**3.** 51    **Nonpriority creditor's name and mailing address**

Cultivos Olivares S.A.
Km 3 Vía a La Ceja
Medellin Antioquia COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,978.83

---

Debtor    Bonnet, Inc.
          Name                                          Case number (if known)  19-14405

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52  Nonpriority creditor's name and mailing address**

Dakota News, Inc
221 S Petro Ave
Sioux Falls, SD, 57107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,220.44

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.53  Nonpriority creditor's name and mailing address**

Dalia Tropical Flowers S.a.s.
CLL 15 # 28-20, Funza
Colombia

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 31,200.22

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.54  Nonpriority creditor's name and mailing address**

David Hartstein
120 Seaver Street
Apt B292
Brookline, MA, 02445

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 28,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.55  Nonpriority creditor's name and mailing address**

Dependable Packaging Solutions, Inc.
5255 NW 159th Street
Hialeah, FL, 33014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 327,233.77

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.56  Nonpriority creditor's name and mailing address**

Design Design, Inc.
19 Lagrave Ave SE
Grand Rapids, MI, 49503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 606.21

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor _____   Case number (if known) _19-14405____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.⁵⁷  Nonpriority creditor's name and mailing address**

Dexter Tweed
1019 Beacon Street
#44
Brookline, MA, 02446

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 492.03

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁵⁸  Nonpriority creditor's name and mailing address**

Direct Fragrances
11955 SW 142nd Terrace
Miami, FL, 33186

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 957.24

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁵⁹  Nonpriority creditor's name and mailing address**

Dominick Sciole
4862 Cadiz Circle
West Palm Beach, FL, 33418

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 13,002.06

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁶⁰  Nonpriority creditor's name and mailing address**

Douglas S. Marquis
1125 St George Lane
Vero Beach, FL, 32967

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 50,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁶¹  Nonpriority creditor's name and mailing address**

Dragonaria.S.L
Hidra, 16
28023 Madrid , España

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Suppliers or Vendors

$ 84,370.17

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____
        Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ⁶² **Nonpriority creditor's name and mailing address**

Edward Eliason
816 Birch Court
Bensalem, PA, 19020

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

$ 627.33

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.** ⁶³ **Nonpriority creditor's name and mailing address**

El Milagro
370 7th Ave
Brooklyn, NY, 11215

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,220.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.** ⁶⁴ **Nonpriority creditor's name and mailing address**

Entrepreneurial Ventures
23 Sunset Path
Sudbury, MA, 01776

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

$ 864.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.** ⁶⁵ **Nonpriority creditor's name and mailing address**

EQR USA - AIRSEA-OM
9500 S Dadeland Blvd,
Suite 508
Miami, FL, 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 78,265.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.** ⁶⁶ **Nonpriority creditor's name and mailing address**

Equiflor Corporation
1500 NW 95th Ave,
Miami, FL, 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,173.11

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor _____    _____
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67  Nonpriority creditor's name and mailing address**

Estate of Gary Wagner
c/o Lisa Roth
645 Front Street, #1808
San Diego, CA, 92101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 51,158.53

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.68  Nonpriority creditor's name and mailing address**

Expoflores S.A.S
Vereda Aguas claras del Carmen
de Viboral COLOMBIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 50.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.69  Nonpriority creditor's name and mailing address**

EXPORT ROSES DEL ECUADOR EXPROSES
S.A
la Pradera E7-97
Quito, Pichincha ECUADOR

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,230.05

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.70  Nonpriority creditor's name and mailing address**

Farmers' West, Inc.
P.O.Box 600
Carpinteria, CA, 93014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 17,165.70

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.71  Nonpriority creditor's name and mailing address**

Finca La Auxiliadora SAS
VEREDA LA CHAPA MUNICIPIO EL CARMEN
DE VIBORAL
5432317

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 22,138.68

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor _____
Name

Case number (if known) 19-14405

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

Flores LA Conejera SAS
N° 19A-50, Calle 100
Bogotá, Colombia

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 9,132.01

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

Flores Tiba Sa
Centro Chia Centor Empresarial OF 422CHIA
Cundinamarca, Colombia

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 62,853.07

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

Flores Timana
Cra 7 #12C-28 Of. 1005
Bogota , Colombia

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 58,713.44

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

Floresco Colombia SAS
Medellin, COLOMBIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 336.60

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

Florida Beauty Flora, Inc.
3100 NW 74th Ave
Miami, FL, 33122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Suppliers or Vendors

$ 21,114.44

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.⁷⁷ Nonpriority creditor's name and mailing address**

Fox Rothschild LLP
2700 Kelly Road
Suite 300
Warrington, PA, 18976-3624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 78,862.05

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.⁷⁸ Nonpriority creditor's name and mailing address**

Fox Rothschild LLP
2700 Kelly Road
Suite 300
Warrington, PA, 18976-3624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,375.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.⁷⁹ Nonpriority creditor's name and mailing address**

Fresca Farms
3095 NW 77th Ave,
Miami, FL, 33122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,452.64

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.⁸⁰ Nonpriority creditor's name and mailing address**

Garden Flower Export
San Vicente de Poalo Cotopaxi Latacunga
LATACUNGA ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,530.72

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.⁸¹ Nonpriority creditor's name and mailing address**

Gift Basket Drop Shipping, LLC
1320 Old Cape Rd,
Jackson, MO, 63755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.27

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Debtor ___Roseville, Inc._____   Case number (if known)___19-14405___
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 82   Nonpriority creditor's name and mailing address**

Giftwares Company, Inc
436 First Avenue
Royersford, PA, 19468

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 5,732.04**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3. 83   Nonpriority creditor's name and mailing address**

Global Avaition Link
7205 Corporate Center Dr 33126
Suite 102
Miami, FL, 33126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**$ 1,375.00**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3. 84   Nonpriority creditor's name and mailing address**

Green Valley Flowers Wholesale
28533 N Twin Oaks Valley Rd
San Marcos, CA, 92069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 15,253.23**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3. 85   Nonpriority creditor's name and mailing address**

H Impex Co. Ltd
Piyaplace Building 6 Floor, Tower B, Room 6C,
29/1 Soi Langsuan,
Ploenchit Rd. Lumpini, Patumwan,
Bangkok, 10330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 131,432.89**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3. 86   Nonpriority creditor's name and mailing address**

Hendriks Greenhouses
5095 N Service Rd, Beamsville
ON L0R 1B3, CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 77.74**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Debtor   Diamstile, Inc.
Name

Case number (if known)  19-14405

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 87** | Nonpriority creditor's name and mailing address

Howard's Jewelry, Inc
8140 Mallory Court
Chanhassen, MN, 55317

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,555.64

---

**3. 88** | Nonpriority creditor's name and mailing address

Igourmet
508 Delaware Ave,  18643
Pittston, PA, 18643

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,455.61

---

**3. 89** | Nonpriority creditor's name and mailing address

Igourmet
508 Delaware Ave
Pittston, PA, 18643

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 362.52

---

**3. 90** | Nonpriority creditor's name and mailing address

Infinite Herbs
34 Market St
Door, 70
Everett, MA, 02149

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50.00

---

**3. 91** | Nonpriority creditor's name and mailing address

Inversiones Diamante MCB, SA
Apartado POstal 1228-1250
Escasu COSTA RICA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,747.18

---

Debtor    Bonset, inc.
          Name                                                    Case number (if known)  19-14405

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 92**    Nonpriority creditor's name and mailing address

Inversiones Jacaranda S.A.S
CRA 11 No. 135C 18 Apto 101
Bogota COLOMBIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 4,852.43

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 93**    Nonpriority creditor's name and mailing address

Isinya Roses Ltd
Box 1616,, Nairobi,
Kenya

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 3,671.04

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 94**    Nonpriority creditor's name and mailing address

Jaipur Scientific Agricultural Solutions
28 9th Street
Apt 802
Medford, MA, 02155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 26,174.61

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 95**    Nonpriority creditor's name and mailing address

JBR Staffing Solutions
950 N. Kings Highway
Suite 100
Cherry Hill, NJ, 08034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 2,661.50

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 96**    Nonpriority creditor's name and mailing address

Jet Fresh Flowers Dist
2005 Nm 70th Ave
Miami, FL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 21,160.25

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor _____    Case number _(if known)_ 19-14405
      Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 97**    Nonpriority creditor's name and mailing address

JJ Road Feeder, LLC
7205 Corporate Center Drive
Suite 102
Miami, FL, 33126

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 37,149.08

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3. 98**    Nonpriority creditor's name and mailing address

JJ Road Feeder, LLC
7205 Corporate Center Drive
Suite 102
Miami, FL, 33126

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 1,208.75

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3. 99**    Nonpriority creditor's name and mailing address

Jonathan Haley
804 E 6th Street
Boston, MA, 02127

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

$ 328.02

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3. 100**    Nonpriority creditor's name and mailing address

Joseph Markuzska
2012 E Cornwall Street
Philadelphia, PA, 19134

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

$ 617.70

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3. 101**    Nonpriority creditor's name and mailing address

Juan M Villegas
Vstrtrts 6A #113-09 Int 3
Bogota, COLOMBIA

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

$ 178,620.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor _____
Name

Case number _(if known)_ 19-14405

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 102  Nonpriority creditor's name and mailing address**

Juanita Farm/CALO FARMS S.A.S.
Bogota COLOMBIA

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,157.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 103  Nonpriority creditor's name and mailing address**

Karl Wirth
300 Ocean Ave
Ocean City, NJ, 08266

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 627.33

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 104  Nonpriority creditor's name and mailing address**

Kelli's Gift Shop Suppliers/Lamacar
PO Box 660850
Dallas, TX, 75266-0850

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 17,132.41

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 105  Nonpriority creditor's name and mailing address**

Koen Pack USA Inc.
1530 NW 98th Ct
#104,
Miami, FL, 33172

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,582.92

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 106  Nonpriority creditor's name and mailing address**

Kuehne and Nagel S.A.S.
Av. el dorado No 106-39 Piso 4to. CAC
Bogota COLOMBIA

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 12,980.29

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Boonstie, Inc.
        Name                                                  Case number (if known)  19-14405

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 107 **Nonpriority creditor's name and mailing address**

Kuehne+Nagel L.L.C.
Specialized Freight Road, 1st Ave
PO Box 69979  Nairobi, Kenya

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 39,387.59

---

**3.** 108 **Nonpriority creditor's name and mailing address**

Kuna Flowers C.isa.
KM 14 Autopista Medellin
Puente Piedra Madrid COLOMBIA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,746.35

---

**3.** 109 **Nonpriority creditor's name and mailing address**

L & S Doors
14 Roberts Rd
#3
Plymouth, MA, 02360

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,067.83

---

**3.** 110 **Nonpriority creditor's name and mailing address**

LeBlanc Mechanical LLC
1250 Main St,
Waltham, MA, 02451

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 552.50

---

**3.** 111 **Nonpriority creditor's name and mailing address**

Mahee Flowers Ltd
49125-00100 Nairobi GPO
Naivasha, KENYA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,400.80

---

Debtor    Boonstie, Inc.
Name

Case number (if known)    19-14405

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 112** Nonpriority creditor's name and mailing address

Malibu Flowers
Vereda El Tambo Sector La Cristalina La Ceja
Antioquia Medellin COLOMBIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,611.57

---

**3. 113** Nonpriority creditor's name and mailing address

Mallory Alexander International Logistics
4294 Swinnea Rd,
Memphis, TN, 38118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34,270.00

---

**3. 114** Nonpriority creditor's name and mailing address

Mann Hill Partners, LLC
200 Clarendon St
29th Floor
Boston, MA, 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,750.00

---

**3. 115** Nonpriority creditor's name and mailing address

Maple City Rubber Co Inc
55 Newton Street
Norwalk, OH, 44857

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 16,816.85

---

**3. 116** Nonpriority creditor's name and mailing address

McConnell Wholesale Flower Shipper s
7166 Gwin St
Valley Springs, CA, 95252

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,276.30

---

Debtor  _____
        Case Setter, Inc.
        Name                                        Case number (if known) _19-14405_

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 117** | Nonpriority creditor's name and mailing address

Michael Malone
4238 South Atlantic Ave
Daytona Beach, FL, 32127

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 585.49

---

**3. 118** | Nonpriority creditor's name and mailing address

Michael Settlow
167 Faneuil Street

Brighton, MA, 02135

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,000.00

---

**3. 119** | Nonpriority creditor's name and mailing address

Michel Design Works
2875 NY-35
Suire 6s-3
Katonah, NY, 10536

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 994.14

---

**3. 120** | Nonpriority creditor's name and mailing address

Micky's Minis Flora Express
12345 Eddie and Park Road
Saint Louis, MO, 63127

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 17,446.06

---

**3. 121** | Nonpriority creditor's name and mailing address

Mintz Levin
1 Financial Center
Boston, MA, 02111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Services

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,370.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____    Case number (if known) 19-14405
        Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.122** Nonpriority creditor's name and mailing address

Monika Farms S.a.
Vía Puente piedra - Madrid, Km 3.5
Vereda Las Mercedes, Finca Linilu , Madrid,
Cundinamarca COLOMBIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 23,819.33

---

**3.123** Nonpriority creditor's name and mailing address

Moses Miracle Ltd
120 Seaver Street
Apt  B202
Brookline, MA, 02445

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 6,000.00

---

**3.124** Nonpriority creditor's name and mailing address

Mt. Eden Floral Company LLC
2124 Bering Drive
San Jose, CA, 95131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 2,600.00

---

**3.125** Nonpriority creditor's name and mailing address

Multiflora Corporation
7270 NW 12 St.
Suite # 340
Miami, FL, 33126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 18,258.95

---

**3.126** Nonpriority creditor's name and mailing address

Naresh Seta
40 Heather Street
Unit 207
Beverly, MA, 01915

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 2,416.16

---

Debtor _____ Case number (if known) _19-14405_____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 127  **Nonpriority creditor's name and mailing address**

Natick Mall, LLC
350 N. Orleans
Suite 300
Chicago, IL, 60654

$ 66,756.61

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 128  **Nonpriority creditor's name and mailing address**

Nishant Gupta
28 9th Street
Apt 802
Medford, MA, 02155

$ 97,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 129  **Nonpriority creditor's name and mailing address**

Northland Floral
1703 South Service Road
St. Catharines
Ontario L2R6P9 CANADA

$ 10,551.49

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 130  **Nonpriority creditor's name and mailing address**

Oriental Apparel, Inc
1719 Ranger Ave
Deland, FL, 32724

$ 358.60

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 131  **Nonpriority creditor's name and mailing address**

Paul Carlson
6776 Windermere Ct
Allentown, PA, 18104

$ 834.33

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 132**  Nonpriority creditor's name and mailing address

Pavilion Gift Company/K2
8210 Buffalo Road
Bergen, NY, 14416

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,303.66

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 133**  Nonpriority creditor's name and mailing address

Pennair
580 DAVIES DRIVE
P O BOX 22190
York, PA, 17402-0193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 6,912.57

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 134**  Nonpriority creditor's name and mailing address

Pennock Floral
100 Myron Street
West Springfield, MA, 01089

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 3,752.70

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 135**  Nonpriority creditor's name and mailing address

Peter Myerson
100 State Street
Suite 1200
Boston, MA, 02109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 12,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 136**  Nonpriority creditor's name and mailing address

PJ Dave Flowers Ltd
00500 NAIROBI
KENYA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 9,945.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____    Case number (if known) _19-14405_
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.__137__  Nonpriority creditor's name and mailing address**

PJ Dave Flowers Timau Ltd
00500 NAIROBI
KENYA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,348.56

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.__138__  Nonpriority creditor's name and mailing address**

Polo Farms
P.O. Box 52-6261
Miami, FL, 33152

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 216,744.58

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.__139__  Nonpriority creditor's name and mailing address**

Premium Flowers
7270 Nw 12 St.
Suite 840 Airport Executive Towers II
Miami, FL, 33126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 8,746.32

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.__140__  Nonpriority creditor's name and mailing address**

Princess Farms

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 12,846.18

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.__141__  Nonpriority creditor's name and mailing address**

Rachel Akers
9 Hillside Ave
#3
Marblehead, MA, 01945

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 492.03

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor _____
          Cash Butler, Inc.
          Name                                              Case number (if known) 19-14405

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 142   **Nonpriority creditor's name and mailing address**

Rachel Rochat
66 Boynton Street
Apt 2R
Jamaica Plain, MA, 02130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$ 424.77

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 143   **Nonpriority creditor's name and mailing address**

Rajandra Ravani
9301 Pond Cypress
Myrtle Beach, SC, 29579

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$ 65,658.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 144   **Nonpriority creditor's name and mailing address**

Rajit Gupta
100 Summer Street
Apt 1-4
Watertown, MA, 02572

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$ 30,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 145   **Nonpriority creditor's name and mailing address**

Rajsich & Associates, P.C.
One State Street
Suite 1200
Boston, MA, 02109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 146   **Nonpriority creditor's name and mailing address**

Republic Services
18500 N Allied Way
Phoenix, AZ, 85054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,436.07

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor _____    Case number (if known) 19-14405
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 147  Nonpriority creditor's name and mailing address**

Richard Griffith
4965 N. Cimarron Drive
Beverly Hills, FL, 34465

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,803.16

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 148  Nonpriority creditor's name and mailing address**

Rijns Flowers BV
Laan van Verhof 77 2231 BZ
Rijnsburg NETHERLANDS

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,931.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 149  Nonpriority creditor's name and mailing address**

Riverdale Farms
1401 NW 84 Ave
Miami, FL, 33126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 17,695.88

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 150  Nonpriority creditor's name and mailing address**

Robert Idell
754 Asbury Ave
Ocean City, NJ, 08226

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 65,648.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 151  Nonpriority creditor's name and mailing address**

Rogers Foam Corporation
20 Vernon St
Somerville, MA, 02145

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,169.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Bioniche, Inc.
          Name                                                        Case number (if known)  19-14405

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 152   Nonpriority creditor's name and mailing address**

Rumhora Green LLC
2720 NW 72 Ave
Miami, FL, 33122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35,325.20

---

**3. 153   Nonpriority creditor's name and mailing address**

SERVINSA S.A.S

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 525.50

---

**3. 154   Nonpriority creditor's name and mailing address**

Smithers-Oasis
295 Water Street
Suite 201
Kent, OH, 44240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,753.63

---

**3. 155   Nonpriority creditor's name and mailing address**

Spectrum Solutions
7900 SW Pfaffle Street
Portland, OR, 97223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,206.14

---

**3. 156   Nonpriority creditor's name and mailing address**

StarTribune
650 3rd Ave. South
Suite 1300,
Minneapolis, MN, 55488

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 424.26

---

Debtor    Bonfire, Inc.
Name    Case number (if known)    19-14405

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **157**    Nonpriority creditor's name and mailing address

Stuart Zimmerman
17 Spruce Lane
Apt 6
Natick, MA, 01760

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,378.10

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** **158**    Nonpriority creditor's name and mailing address

Subati Group Ltd
P.O. Box 25130, Code: 00100
Nairobi, Kenya

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 477.60

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** **159**    Nonpriority creditor's name and mailing address

Sunset Vista Designs Co.
9850 6th St Rancho
Rancho Cucamonga, CA, 91730

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 444.93

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** **160**    Nonpriority creditor's name and mailing address

SweetB

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 54.00

Date or dates debt was incurred

Last 4 digits of account number

---

**3.** **161**    Nonpriority creditor's name and mailing address

T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA, 98015-3410

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,500.00

Date or dates debt was incurred

Last 4 digits of account number    1945

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 162  **Nonpriority creditor's name and mailing address**

Tech 2 Business Solutions
143 Fulbright Lane
Schaumburg, IL, 60194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 430,000.00

---

**3.** 163  **Nonpriority creditor's name and mailing address**

Teleflora
PO Box 30130
Los Angeles, CA, 90030-0130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,200.00

---

**3.** 164  **Nonpriority creditor's name and mailing address**

Terminix Commercial
150 Peabody Place
Memphis, TN, 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 570.00

---

**3.** 165  **Nonpriority creditor's name and mailing address**

Terminix Commercial
150 Peabody Place
Memphis, TN, 38103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 60.00

---

**3.** 166  **Nonpriority creditor's name and mailing address**

The Flower Hub Limited
930 High Road
London, UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3.20

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 167  Nonpriority creditor's name and mailing address

The Sun Valley Group, Inc.
P.O. Box 772898
Chicago, IL, 60677

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 6,953.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 168  Nonpriority creditor's name and mailing address

Tin Pack Floral Services
PO BOX 522342
Miami, FL, 33152

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 232,903.92

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 169  Nonpriority creditor's name and mailing address

Tin Pack Floral Services
PO BOX 522342
Miami, FL, 33152

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 4,268.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 170  Nonpriority creditor's name and mailing address

Travellers Insurance
485 Lexington Ave.
New York, NY, 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,760.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 171  Nonpriority creditor's name and mailing address

Tri-State Overhead Door & Gate LLC
916 Bayard St
Bristol, PA, 19007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 485.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Boonstle, Inc.
          _____
          Name

Case number (if known) 19-14405

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 172 **Nonpriority creditor's name and mailing address**

Trillium Floral
1551 North Service Rd.
St.Catharines,ON L2R, 6P9 CANADA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 13,872.80

---

**3.** 173 **Nonpriority creditor's name and mailing address**

Tulipan Flowers
Quito ECUADOR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 74,367.69

---

**3.** 174 **Nonpriority creditor's name and mailing address**

Tuning
P.O. Box 1041 1430 BA Aalsmeer
The Netherlands

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 12,268.09

---

**3.** 175 **Nonpriority creditor's name and mailing address**

Turlior S.A.S
Calle 127A No. 53A-45 Torre 2 Of 302
Bogotá Colombia

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 15,028.50

---

**3.** 176 **Nonpriority creditor's name and mailing address**

Turion SAS
Avd Clle 26 No.85D-55 Local LE-37
Bobota COLOMBIA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 10,053.40

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.177** Nonpriority creditor's name and mailing address

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI, 53158

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 542.08

---

**3.178** Nonpriority creditor's name and mailing address

Unique Collection S.A
Cl 97 No 23-60 Of 603 Bogotá, D.C.
Columbia

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 41,838.83

---

**3.179** Nonpriority creditor's name and mailing address

Unique Ecuador
De los Helechos, Lote 115, ( Cruce con Cipreces)
y Elay Alfaro,
Sector Santa Lucia, Quito ECUDAOR

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,536.41

---

**3.180** Nonpriority creditor's name and mailing address

Universal Greens and Flowers
8899 NW 18th Terrace
Miami, FL, 33172

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 54,225.27

---

**3.181** Nonpriority creditor's name and mailing address

Upendo Flowers FZE/BATIAN FLOWERS LTD
P.O. Box 266
Timau KENYA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 919.50

---

Debtor _____
        Name

Case number (if known) ___19-14405___

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 182**   Nonpriority creditor's name and mailing address

UPS Supply  Chain Solutions Inc
28013 Network Place
Chicago, IL, 60673-1280

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 349,154.10

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**3. 183**   Nonpriority creditor's name and mailing address

UPS Supply  Chain Solutions Inc
28013 Network Place
Chicago, IL, 60673-1280

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 156,502.85

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**3. 184**   Nonpriority creditor's name and mailing address

Vanguard Cleaning Systems
131 Gaither Drive
Suite D
Mount Laurel, NJ, 08054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 704.21

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**3. 185**   Nonpriority creditor's name and mailing address

Vanity Flowers SAS
Kl 1 Via  La Ceja
Medellin Antioquia COLOMBIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,666.30

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**3. 186**   Nonpriority creditor's name and mailing address

Walmart.com
Transworld Systems Inc.
500 Virginia Drive Suite 514
Fort Washington, PA, 19034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,514.61

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Debtor _____
          Name

Case number (if known) 19-14405

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 187   Nonpriority creditor's name and mailing address

Wild Flowers/Florist Review
P.O. Box 4368
Topeka, KS, 66604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,010.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 188   Nonpriority creditor's name and mailing address

Worcester Wreath Company
399 US-1, Columbia, ME 04623
Columbia Falls, ME, 04623

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,572.13

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 189   Nonpriority creditor's name and mailing address

Wyndmere Naturals, Inc.
3001 Louisiana Ave N
New Hope, MN, 55427

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 415.23

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 190   Nonpriority creditor's name and mailing address

Young's Inc
5073 Ann Arbor Rd
Dundee, MI, 48131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 870.03

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ___   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
No
☐ Yes

Debtor _____    Case number (if known) ___19-14405___
        Name

## Part 3:    List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Anthony M. Moccia, Eckert Seamens<br>Two International Place<br>16th Floor<br>Boston, MA, 02110 | Line 3.127<br>☐ Not listed. Explain: | _____ |
| 4.2. | Comcast<br>PO Box 70219<br>Philadelphia, PA, 19176 | Line 3.47<br>☐ Not listed. Explain | _____ |
| 4.3. | Law Office of Nicholas F. Ortiz, PC<br>99 High Street<br>Boston, MA, 02110 | Line 3.118<br>☐ Not listed. Explain | _____ |
| 4.4. | Thomas E. Nannicelli Esq<br>470 Washington Street<br>Suite 30<br>Norwood, MA, 02062 | Line 3.124<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

**Part 4:**     Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 43,591.50 |
| 5b. **Total claims from Part 2** | 5b.   **+** | $ 4,799,492.60 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,843,084.10 |

**Fill in this information to identify the case:**

Debtor name  Boonstle, Inc.

United States Bankruptcy Court for the:  District of Massachusetts

Case number (If known):  19-14405            Chapter  7

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | One South Station, Suite 109, Boston, MA (Boonteller) Lessee | EOP South Station, LLC c/o Equity Office 125 Summer Street, 17th Floor Boston, MA, 02110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 2520 NW 84th  Avenue, #307, Doral FL Lessee | Ram Columbia Doral LLC 2541 NW 84th Avenue Miami, FL, 33122 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2 Pin Oak Lane, Suite 100 , Cherry Hill NJ Lessee | Cherry Umbrella LLC 1937 Olney Avenue Cherry Hill, NJ, 08003 |
| | State the term remaining | 11 months? | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Sublease of property at 36 Bromfield St Boston (Boonteller LLC) Lessee | Forward Financing, LLC 100 Summer Street Suite 1175 Boston, MA, 02110 |
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Boonstle, Inc.__

United States Bankruptcy Court for the: __District of Massachusetts__

Case number (If known): __19-14405__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Booninfra, LLC | Booninfra, LLC<br>36 Bromfield St<br>Suite 210<br>Boston, MA 02108 | CA Employment Developr | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Booninfra, LLC | Booninfra, LLC<br>36 Bromfield St<br>Suite 210<br>Boston, MA 02108 | State of Washington | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 Booninfra, LLC | Booninfra, LLC<br>36 Bromfield St<br>Suite 210<br>Boston, MA 02108 | South Carolina Departme | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Booninfra, LLC | Booninfra, LLC<br>36 Bromfield St<br>Suite 210<br>Boston, MA 02108 | NY State Workers Compe | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 Amit Gupta | Amit Gupta<br>28 9th Street<br>Apt 802<br>Medford, MA 02155 | Nissan Motor Acceptance | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Amit Gupta | Amit Gupta<br>28 9th Street<br>Apt 802<br>Medford, MA 02155 | Nissan  Motor Acceptance | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Boonstle, Inc.
          _____    Case number (if known) 19-14405
          Name

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 Amit Gupta | Amit Gupta<br>28 9th Street<br>Apt 802<br>Medford, MA 02155 | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 Amit Gupta | Amit Gupta<br>28 9th Street<br>Apt 802<br>Medford, MA 02155 | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 Amit Gupta | Amit Gupta<br>28 9th Street<br>Apt 802<br>Medford, MA 02155 | Eastern Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name    Boonstle, Inc.

United States Bankruptcy Court for the:   District of Massachusetts

Case number (*if known*):    19-14405

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/16/2020     ✘ /s/ Amit Gupta
       MM / DD / YYYY       Signature of individual signing on behalf of debtor

                    Amit Gupta
                    Printed name

                    Chief Executive Officer
                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Boonstle, Inc.

United States Bankruptcy Court for the:  District of Massachusetts

Case number (if known):  19-14405

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2019<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 9,437,773.73 |
| For prior year: | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 13,101,003.00 |
| For the year before that: | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 9,379,726.00 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2019<br>MM / DD / YYYY | to | Filing date | Sale of copy of code | $ 10,000.00 |
| For prior year: | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | | $ 0.00 |
| For the year before that: | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | | $ 0.00 |

Debtor     Boonstle, Inc.
_____     Case number (if known) 19-14405
           Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached SOFA part 2, question 3 payme<br>Creditor's name | _____ | $ 1.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached SOFA Part 2, Question 4<br>Insider's name | _____ | $_____ | |
| | Relationship to debtor<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____ | $_____ | |
| | Relationship to debtor<br>_____ | | | |

---

| Debtor | Boonstle, Inc. | | Case number *(if known)* | 19-14405 |
|---|---|---|---|---|
| | Name | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Van Hoekelen Greenhouses, Inc. | | | $ 200,000.00 |
| | Creditor's name | | | |
| | PO Box 88 | | | |
| | Mcadoo, PA 18237 | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Natick Mall, LLC v. Boonstle | Eviction | Natick District Court | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | 600 Concord Street | ☑ Concluded |
| | | | Framingham, MA 01702 | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | Mt. Eden Floral Company LLC | | Brookline District Court | ☐ On appeal |
| | Case number | Collection | 360 Washington Street | ☑ Concluded |
| | 1809CV0000018 | | Brookline, MA 02445 | |

---

Debtor        Boonstle, Inc.
              _____          Case number (if known) 19-14405
              Name

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | **Case number** | Name |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $ _____ |
| Recipient's relationship to debtor _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $ _____ |
| Recipient's relationship to debtor _____ | | | |

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $ _____ |

---

Debtor      Boonstle, Inc.
            _____      Case number (if known) 19-14405
            Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Murphy & King | | 10/2019 | $ 5,000.00 |
| | **Address** | | | |
| | One Beacon Street<br>21st Floor<br>Boston, MA 02108 | | | |
| | **Email or website address**<br>www.MurphyKing.com | | | |
| | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Law Office of Joseph G. Butler | | 11/2019 | $ 5,505.00 |
| | **Address**<br>355 Providence Highway<br>Westwood, MA 02090 | | | |
| | **Email or website address**<br>jgb@jgbutlerlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

|  | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ _____ |
| | **Trustee** | | | |

Debtor    Boonstle, Inc.
_____    Case number (if known) 19-14405
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | 20/20 Capital LLC | License to use code for Bloomkonnect, restricted to alcohol sales | 11/25/2019 | $ 10,000.00 |
| | **Address** 11 E State Street Doylestown, PA 18901 | | | |
| | **Relationship to debtor** None | | | |
| 13.2. | **Who received transfer?** | | _____ | $ _____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 305 Harvard St Brookline, MA 02446 | From | 11/2013 | To 07/2018 |
| 14.2. | | From | _____ | To _____ |

| Debtor | Boonstle, Inc. | Case number *(if known)* 19-14405 |
|---|---|---|
| | Name | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Name, email, phone, address

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Boonstie, Inc.
          _____          Case number (if known) 19-14405
          Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Cube Smart <br> Name <br> 3050 NW 84th Ave <br> Miami, FL 33122 <br><br> Address | | chairs, desk, conference room furniture, laptops, printers, couch, microwave, small refrigerator | ☐ No <br> ☑ Yes |

---

Debtor    Boonstle, Inc.
_____
Name

Case number (if known) 19-14405 _____

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

Debtor   Boonstle, Inc.
_____          Case number (if known) 19-14405 _____
         Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|

25.1.   Boonteller, LLC            leaseholder of stores         EIN: 46-4127536
        Name
                                                               Dates business existed

                                                               From 11/05/2013          To _____

| **Business name and address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|

25.2.   Booninfra, LLC           wholesale/b2b flower selling   EIN: 97-1874810
        Name
                                                               Dates business existed

                                                               From 09/18/2014          To _____

| **Business name and address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|

25.3.   _____                                       EIN: _____
        Name
                                                               Dates business existed

                                                               From _____          To _____

---

Debtor  Boonstle, Inc.
_____
Name

Case number (if known) 19-14405 _____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Umesh Sanakal<br>Name<br>India | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| **26a.2.** Shraboni Basak<br>Name<br>India | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Coles & Bodoin LLP<br>Name<br>2nd Ace, #100, Needham, MA | From 01/01/2014<br>To _____ |

| Name and address | Dates of service |
|---|---|
| **26b.2.** <br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Umesh Sanakal<br>Name | |

---

Debtor    Boonstle, Inc.
          _____          Case number *(if known)* 19-14405
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    Shraboni Basak
          Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    Numerous, no list maintained
          Name

| Name and address |
|---|

26d.2.    _____
          Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.    _____
         Name

Debtor    Boonstle, Inc.
_____    Case number (if known) 19-14405 _____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |
| 27.2. _____<br>Name | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Abdur Nimeri | , | Director | 0.34 |
| Amit Gupta | 28 9th St Apt 802, Medford, MA 02155 | Shareholder, CEO | 22.64 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Adam Solomone | | Director (and current shareholder, 0.02%) | _____ To 11/19/2019 |
| John McKenna | 5614 Connecticut Ave NW, #135, Washington, DC 20015 | Director (and shareholder 14.03%) | _____ To 10/16/2019 |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Amit Gupta<br>Name<br>28 9th Street<br>Apt 802<br>Medford, MA 02155 | 97,884.57 | _____ | Salary, paid various dates |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| officer, director, shareholder | | | |

Debtor    Boonstle, Inc.
          _____    Case number (if known) 19-14405
          Name

---

**Name and address of recipient**

30.2
_____
Name




**Relationship to debtor**
_____

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Boonstle, Inc. | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/16/2020
              MM / DD / YYYY

✖ /s/ Amit Gupta                                    Printed name  Amit Gupta
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Chief Executive Officer

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

SOFA, part 2 Question 3

| Date | Description | Amount | |
|---|---|---|---|
| 10/1/2019 | 1301 Property Management LLC Bill Payment | $ (1,000.00) | Miami Office Rent |
| 10/9/2019 | WIRE TYPE:INTL OUT DATE:191009 TIME:1623 ET TRN:2019100900461276 SERVICE REF:417948 BNF:JAIPUR SCIENTIFIC AGRI SOL ID:00241 | $ (31,000.00) | India Staff Salaries |
| 11/29/2019 | WIRE TYPE:WIRE OUT DATE:191129 TIME:1407 ET TRN:2019112900951654 SERVICE REF:022203 BNF:LAW OFFICE OF JOSEPH G. BU ID:13: | $ (5,505.00) | Legal Bill Payment |
| 11/29/2019 | WIRE TYPE:INTL OUT DATE:191129 TIME:1317 ET TRN:2019112900799827 SERVICE REF:853985 BNF:JAIPUR SCIENTIFIC AGRI SOL ID:00241 | $ (4,461.00) | India Staff Salaries |
| 12/2/2019 | TRANSFER BOONSTLE INC:Domenick R Sciole Confirmation# 0131940419 | $ (1,064.28) | Employee reimbursement |
| 12/2/2019 | WIRE TYPE:INTL OUT DATE:191202 TIME:1657 ET TRN:2019120200805082 SERVICE REF:860585 BNF:LILIANA UNIGARRO ID:20761090505 | $ (1,000.00) | Colombia Staff Salaries |
| 12/2/2019 | WIRE TYPE:INTL OUT DATE:191202 TIME:1841 ET TRN:2019120200744784 SERVICE REF:421688 BNF:LUIS HERNANDO SANTISTEBAN ID:62 | $ (600.00) | Colombia Staff Salaries |
| 12/3/2019 | WIRE TYPE:INTL OUT DATE:191203 TIME:1356 ET TRN:2019120300553193 SERVICE REF:020284 BNF:PRATAP RAMAIAH ID:065689500002: | $ (1,124.60) | Sales Commission |
| 12/3/2019 | TRANSFER BOONSTLE INC:Sharon Oliver Confirmation# 0138377498 | $ (1,040.00) | Collection Commission |
| 12/4/2019 | Public Storage I DES:RENTAL ID:0000000032569051 INDN:AMIT GUPTA CO ID:5953551121 WEB | $ (126.63) | Storage Fee |
| 12/9/2019 | TRANSFER BOONSTLE INC:Sharon Oliver Confirmation# 0192393061 | $ (50.00) | Collection Commission |
| 12/10/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (900.00) | Credit Card Payment |
| 12/12/2019 | AMERICAN EXPRESS DES:ACH PMT ID:W3612 INDN:Boonstle Inc CO ID:1133133497 CCD | $ (1,340.00) | Credit Card Payment |
| 12/16/2019 | ADVANTAGE BUSINE DES:PAYROLL ID:003305786 INDN:BOONINFRA LLC CO ID:9000000020 CCD | $ (8,454.54) | U.S Staff Salaries |
| 12/16/2019 | WIRE TYPE:INTL OUT DATE:191216 TIME:0505 ET TRN:2019121600036942 SERVICE REF:512672 BNF:DIVYA NATARAJ ID:05091000037847 | $ (500.00) | Employee retention for data pu |
| 12/24/2019 | PAYPAL INC. DES:IAT PAYPAL ID:1007544144583 INDN:BOONINFRA CO ID:770510487A IAT PMT INFO: WEB 0000000000019044 | $ (190.44) | Technology |
| 12/26/2019 | WIRE TYPE:INTL OUT DATE:191226 TIME:1155 ET TRN:2019122600388779 SERVICE REF:282219 BNF:NARESH SEETA ID:069691900002483 | $ (750.00) | Employee retention for data pu |
| 12/26/2019 | Wire Transfer Fee | $ (40.00) | Fee |
| 12/27/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (395.77) | Credit Card Payment |

SOFA Part 2, Question 4

| Date | Xtn Name | Amount | |
|---|---|---|---|
| 1/3/2019 | Nissan DES:Auto Loan ID:D010249866487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (460.62) | Nissan Auto |
| 1/8/2019 | Nissan DES:Auto Loan ID:D010240914783 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (385.03) | Nissan Auto |
| 1/8/2019 | WIRE TYPE:INTL OUT DATE:190108 TIME:1119 ET TRN:2019010800278858 SERVICE REF:323505 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (100,000.00) | India Team Salaries |
| 1/16/2019 | WIRE TYPE:INTL OUT DATE:190116 TIME:1525 ET TRN:2019011600396619 SERVICE REF:413218 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (20,000.00) | India Team Salaries |
| 1/18/2019 | AMERICAN EXPRESS DES:ACH PMT ID:R3854 INDN:Booninfra LLC CO ID:1133133497 PPD | $ (15,000.00) | Credit Card Payment |
| 1/22/2019 | EASTERN BANK DES:LOAN PYMT ID: 37300079363852 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ (2,027.16) | Eastern Bank Loan |
| 1/23/2019 | WIRE TYPE:INTL OUT DATE:190123 TIME:1240 ET TRN:2019012300362521 SERVICE REF:493939 BNF:JAIPUR SCIENTIFIC INSTRUME I | $ (2,686.53) | COGS |
| 1/23/2019 | WIRE TYPE:INTL OUT DATE:190123 TIME:1241 ET TRN:2019012300363206 SERVICE REF:289533 BNF:JAIPUR SCIENTIFIC INSTRUME I | $ (3,000.00) | COGS |
| 1/23/2019 | WIRE TYPE:INTL OUT DATE:190123 TIME:1235 ET TRN:2019012300360563 SERVICE REF:493513 BNF:JAIPUR SCIENTIFIC INSTRUME I | $ (482.30) | COGS |
| 1/23/2019 | WIRE TYPE:INTL OUT DATE:190123 TIME:1237 ET TRN:2019012300361562 SERVICE REF:289161 BNF:JAIPUR SCIENTIFIC INSTRUME I | $ (1,395.90) | COGS |
| 2/5/2019 | Nissan DES:Auto Loan ID:D010249866487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (460.62) | Nissan Auto |
| 2/6/2019 | Nissan DES:Auto Loan ID:D010240914783 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (385.03) | Nissan Auto |
| 2/7/2019 | WIRE TYPE:INTL OUT DATE:190207 TIME:1222 ET TRN:2019020700259742 SERVICE REF:293341 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (110,000.00) | India Team Salaries |
| 2/20/2019 | EASTERN BANK DES:LOAN PYMT ID: 37300079363852 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ (2,027.16) | Eastern Bank Loan |
| 3/5/2019 | Nissan DES:Auto Loan ID:D010249866487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (460.62) | Nissan Auto |
| 3/6/2019 | Nissan DES:Auto Loan ID:D010240914783 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (385.03) | Nissan Auto |
| 3/7/2019 | WIRE TYPE:INTL OUT DATE:190307 TIME:1510 ET TRN:2019030700388091 SERVICE REF:417189 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (55,000.00) | India Team Salaries |
| 3/20/2019 | EASTERN BANK DES:LOAN PYMT ID: 37300079363852 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ (2,027.16) | Eastern Bank Loan |
| 4/1/2019 | WIRE TYPE:INTL OUT DATE:190401 TIME:1022 ET TRN:2019040100355754 SERVICE REF:372298 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (55,000.00) | India Team Salaries |
| 4/3/2019 | Nissan DES:Auto Loan ID:D010249866487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (460.62) | Nissan Auto |
| 4/5/2019 | WIRE TYPE:INTL OUT DATE:190405 TIME:1028 ET TRN:2019040500323953 SERVICE REF:294037 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (60,000.00) | India Team Salaries |
| 4/8/2019 | Nissan DES:Auto Loan ID:D010240914783 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (385.03) | Nissan Auto |
| 4/22/2019 | EASTERN BANK DES:LOAN PYMT ID: 37300079363852 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ (2,027.16) | Eastern Bank Loan |
| 4/30/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474151541055916 00 CO ID:3001190310 CCD | $ (10,000.00) | Credit Card Payment |
| 5/3/2019 | Nissan DES:Auto Loan ID:D010249866487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (460.62) | Nissan Auto |
| 5/7/2019 | Nissan DES:Auto Loan ID:D010240914783 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (385.03) | Nissan Auto |
| 5/8/2019 | WIRE TYPE:INTL OUT DATE:190508 TIME:1038 ET TRN:2019050800279192 SERVICE REF:341128 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (50,000.00) | India Team Salaries |
| 5/20/2019 | EASTERN BANK DES:LOAN PYMT ID: 37300079363852 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ (2,027.16) | Eastern Bank Loan |
| 5/24/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474151541055916 00 CO ID:3001190310 CCD | $ (9,000.00) | Credit Card Payment |
| 6/4/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:547415212816609 00 CO ID:3001190310 CCD | $ (10,000.00) | Credit Card Payment |
| 6/4/2019 | Nissan DES:Auto Loan ID:D010249866487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (460.62) | Nissan Auto |
| 6/4/2019 | WIRE TYPE:INTL OUT DATE:190604 TIME:1502 ET TRN:2019060400376237 SERVICE REF:375710 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (110,000.00) | India Team Salaries |

| Date | Description | Amount |
|---|---|---|
| 6/6/2019 | Nissan DES:Auto Loan ID:0010240914783 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (385.03) Nissan Auto |
| 6/10/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (5,000.00) Credit Card Payment |
| 6/18/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (10,000.00) Credit Card Payment |
| 6/20/2019 | EASTERN BANK DES:LOAN PYMT ID:3730007936352 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ (2,027.16) Eastern Bank Loan |
| 6/27/2019 | TRANSFER BOONSTLE INC:Useful8I Corporation Confirmation# 0267549327 | $ (17,849.45) Reimbursement of rem |
| 7/3/2019 | Nissan DES:Auto Loan ID:0010249866487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (460.62) Nissan Auto |
| 7/5/2019 | WIRE TYPE:WIRE OUT DATE:190705 TIME:1657 ET TRN:20190705005057479 SERVICE REF:017295 BNF:NATIONWIDE CREDIT INC. ID:< | $ (2,000.00) Credit Card Payment |
| 7/8/2019 | WIRE TYPE:INTL OUT DATE:190708 TIME:1031 ET TRN:20190708003041919 SERVICE REF:374564 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (55,000.00) India Team Salaries |
| 7/8/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (10,000.00) Credit Card Payment |
| 7/8/2019 | Nissan DES:Auto Loan ID:0010240914783 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (385.03) Nissan Auto |
| 7/12/2019 | WIRE TYPE:WIRE OUT DATE:190712 TIME:1523 ET TRN:20190712004132375 SERVICE REF:033597 BNF:NATIONWIDE CREDIT INC. ID:< | $ (2,000.00) Credit Card Payment |
| 7/17/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (5,000.00) Credit Card Payment |
| 7/22/2019 | EASTERN BANK DES:LOAN PYMT ID:3730007936352 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ (2,027.16) Eastern Bank Loan |
| 7/25/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (15,000.00) Credit Card Payment |
| 8/5/2019 | Nissan DES:Auto Loan ID:0010249866487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (460.62) Nissan Auto |
| 8/6/2019 | Nissan DES:Auto Loan ID:0010240914783 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (385.03) Nissan Auto |
| 8/7/2019 | WIRE TYPE:INTL OUT DATE:190807 TIME:1330 ET TRN:20190807003551985 SERVICE REF:402659 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (45,000.00) India Team Salaries |
| 8/9/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (5,000.00) Credit Card Payment |
| 8/9/2019 | WIRE TYPE:WIRE OUT DATE:190809 TIME:1032 ET TRN:20190809002277014 SERVICE REF:006138 BNF:NATIONWIDE CREDIT INC. ID:< | $ (2,000.00) Credit Card Payment |
| 8/15/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (10,000.00) Credit Card Payment |
| 8/20/2019 | EASTERN BANK DES:LOAN PYMT ID:3730007936352 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ (2,027.16) Eastern Bank Loan |
| 8/21/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (5,000.00) Credit Card Payment |
| 9/3/2019 | Nissan DES:Auto Loan ID:0010249866487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (460.62) Nissan Auto |
| 9/6/2019 | WIRE TYPE:WIRE OUT DATE:190906 TIME:1644 ET TRN:20190906004454752 SERVICE REF:014119 BNF:NATIONWIDE CREDIT INC. ID:< | $ (2,000.00) Credit Card Payment |
| 9/6/2019 | Nissan DES:Auto Loan ID:0010240914783 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (385.03) Nissan Auto |
| 9/10/2019 | WIRE TYPE:INTL OUT DATE:190910 TIME:1037 ET TRN:20190910002287066 SERVICE REF:326297 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (37,500.00) India Team Salaries |
| 9/13/2019 | WIRE TYPE:WIRE OUT DATE:190913 TIME:1301 ET TRN:20190913003326403 SERVICE REF:009855 BNF:NATIONWIDE CREDIT INC. ID:< | $ (2,000.00) Credit Card Payment |
| 9/19/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (2,000.00) Credit Card Payment |
| 9/20/2019 | EASTERN BANK DES:LOAN PYMT ID:3730007936352 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ (2,027.16) Eastern Bank Loan |
| 9/27/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ (3,000.00) Credit Card Payment |
| 10/3/2019 | Nissan DES:Auto Loan ID:0010249866487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (460.62) Nissan Auto |
| 10/8/2019 | Nissan DES:Auto Loan ID:0010240914783 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ (385.03) Nissan Auto |
| 10/9/2019 | WIRE TYPE:INTL OUT DATE:191009 TIME:1623 ET TRN:20191009004061276 SERVICE REF:417948 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ (31,000.00) India Team Salaries |
| 10/21/2019 | EASTERN BANK DES:LOAN PYMT ID:3730007936352 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ (2,027.16) Eastern Bank Loan |

| Date | Description | | Amount |
|---|---|---|---|
| 10/31/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ | (2,000.00) Credit Card Payment |
| 10/31/2019 | WIRE TYPE:INTL OUT DATE:191031 TIME:1010 ET TRN:2019103100322176 SERVICE REF:428072 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ | (5,000.00) India Team Salaries |
| 11/5/2019 | Nissan DES:Auto Loan ID:001024986487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ | (460.62) Nissan Auto |
| 11/6/2019 | Nissan DES:Auto Loan ID:001024091478 3 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ | (385.03) Nissan Auto |
| 11/20/2019 | EASTERN BANK DES:LOAN PYMT ID: 3730007936385 2 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ | (2,027.16) Eastern Bank Loan |
| 11/29/2019 | WIRE TYPE:INTL OUT DATE:191129 TIME:1317 ET TRN:2019112900799827 SERVICE REF:853985 BNF:JAIPUR SCIENTIFIC AGRI SOL ID | $ | (4,461.00) India Team Salaries |
| 12/3/2019 | Nissan DES:Auto Loan ID:001024986487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ | (460.62) Nissan Auto |
| 12/6/2019 | Nissan DES:Auto Loan ID:001024091478 3 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ | (385.03) Nissan Auto |
| 12/9/2019 | Nissan DES:RETRY PYMT ID:001024986487 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ | (460.62) Nissan Auto |
| 12/10/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ | (900.00) Credit Card Payment |
| 12/12/2019 | Nissan DES:RETRY PYMT ID:001024091478 3 INDN:GUPTA AMIT CO ID:9782464003 WEB | $ | (385.03) Nissan Auto |
| 12/20/2019 | EASTERN BANK DES:LOAN PYMT ID: 3730007936385 2 INDN:BOONSTLE LLC CO ID:1011301798 CCD | $ | (2,027.16) Eastern Bank Loan |
| 12/27/2019 | BANK OF AMERICA DES:QRMT Pymt ID:BOONINFRA INDN:5474152132816609 00 CO ID:3001190310 CCD | $ | (395.77) Credit Card Payment |

Debtor Name    Boonstle, Inc.                                              19-14405
_____          Case number (if known)_____

## Continuation Sheet for Official Form 207

7) Legal Actions

Michael Settlow v Kabloom, LLC and Amit Gupta

1884CV01032

Alleged wage act violations

Suffolk Superior Court

3 Pemberton Square, Boston, MA 02108

Pending

-------

Van Hoekelen Greenhouses, Inc. v Boonstle, LLC, Booninfra, LLC Kabloom.com,
Ltd and Amit Gupta

19CV0930

Collection

Norfolk Superior Court

650 High Street, Dedham, MA 02026

Pending

-------

Estate of Gary K. Wagner v Booninfra, et al

GLO-C-33-14

Superior Court, NJ Chancery Division Gloucester County

Pending

-------

20) Off-premises storage

Public Storage                          140 Broadway, Everett, MA 02149

26a) Bookkeepers

Divya Natary        India

Dominic Sciole      NJ

26c) Records keepers

Divya Natary

Dominic Sciole

**United States Bankruptcy Court**

IN RE:

Boonstle, Inc.

Case No. 19-14405

Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Mark Fins , | 3.82 | Other (Series Seed) |
| Tech 2 Business Solutions , | 0.11 | Other (Series B-2) |
| Ricardo Fernandez Gonzalez , | 0.04 | Other (Series B-2) |
| Rajit Gupta , | 0.02 | Other (Series B-2) |
| Nishant Gupta , | 0.05 | Other (Series B-2) |
| Kulakuku Enterprise St , | 0.01 | Other (Series B-2) |

**United States Bankruptcy Court**

IN RE:

Boonstle, Inc.

Case No. 19-14405

Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Jose Maria Aguirre , | 0.02 | Other (Series B-2) |
| Jeffrey Marquis , | 0.001 | Other (Series B-2) |
| Francisco Rey , | 0.01 | Other (Series B-2) |
| Francisco Goicoerrotea Sarri , | 0.07 | Other (Series B-2) |
| Dragonaria St , | 0.001 | Other (Series B-2) |
| Douglas Marquis , | 0.03 | Other (Series B-2) |

**United States Bankruptcy Court**

IN RE:                                                    Case No. 19-14405

Boonstle, Inc.                                            Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Diego Narvaez Vega de Seoana , | 0.01 | Other (Series B-2) |
| Christina Garay , | 0.02 | Other (Series B-2) |
| Brian and Edna McTernan , | 0.03 | Other (Series B-2) |
| Antonio Baselga de la Vega , | 0.01 | Other (Series B-2) |
| Ricardo Fernandez Gonzalez , | 1.00 | Other (Series B-2) |
| Rajit Gupta , | 0.15 | Other (Series B-2) |

**United States Bankruptcy Court**

IN RE:                                                          Case No. 19-14405

Boonstle, Inc.                                                 Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Pallav Gupta , | 0.13 | Other (Series B-2) |
| Nishant Gupta , | 1.41 | Other (Series B-2) |
| Kulakuku Enterprise St , | 0.30 | Other (Series B-2) |
| Jose Maria Aguirre , | 0.62 | Other (Series B-2) |
| Jeffrey Marquis , | 0.25 | Other (Series B-2) |
| Francisco Rey , | 0.25 | Other (Series B-2) |

**United States Bankruptcy Court**

IN RE:                                              Case No. 19-14405

Boonstle, Inc.

Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Francisco Goicoerrotea Sarri , | 1.75 | Other (Series B-2) |
| Eco E , | 14.03 | Other (Series B-2) |
| Dragonaria St , | 0.12 | Other (Series B-2) |
| Douglas Marquis , | 0.25 | Other (Series B-2) |
| Diego Narvaez Vega de Seoane , | 0.30 | Other (Series B-2) |
| Christina Garay , | 0.50 | Other (Series B-2) |

**United States Bankruptcy Court**

IN RE:                                              Case No. 19-14405

Boonstle, Inc.                                      Chapter    7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Brian and Edna McTernan , | 0.25 | Other (Series B-2) |
| Antonio Baselga de la Vega , | 0.25 | Other (Series B-2) |
| Amit Gupta , | 3.98 | Other (Series B-2) |
| RBC Capital Markets Cust fbo Robert J. Foerster , | 0.03 | Other (Series A-1) |
| Lucius E. Reese Revocable Trust , | 0.32 | Other (Series A-1) |
| Dragonaria St. , | 0.29 | Other (Series A-1) |

**United States Bankruptcy Court**

IN RE:                                                      Case No. 19-14405

Boonstle, Inc.                                             Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Sanjay and Manisha Jain , | 0.14 | Other (Series A-2) |
| Jonathan and Marilyn  Chandler , | 0.07 | Other (Series A-2) |
| Dan Jones , | 0.12 | Other (Series A-2) |
| Bill Herr , | 0.36 | Other (Series A-2) |
| Vikas Jhurana , | 0.07 | Other (Series B-1) |
| Tim Routhieaux , | 0.14 | Other (Series B-1) |

**United States Bankruptcy Court**

IN RE:

Boonstle, Inc.

Case No. 19-14405

Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Susan Kuntz , | 0.10 | Other (Series B-1) |
| Scott James , | 0.07 | Other (Series B-1) |
| Riverplate Foundation , | 0.34 | Other (Series B-1) |
| Ricardo Fernandez Gonzalez , | 0.68 | Other (Series B-1) |
| Rajit Gupta , | 0.27 | Other (Series B-1) |
| One Way Ventures Fund LLP , | 0.16 | Other (Series B-1) |

**United States Bankruptcy Court**

IN RE:                                                    Case No. 19-14405 _____

Boonstle, Inc. _____    Chapter 7 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Olive Day Reese 2017 Trust , | 0.20 | Other (Series B-1) |
| Nishant Gupta , | 0.25 | Other (Series B-1) |
| Negocios Familiares Reunidos S.L. , | 0.14 | Other (Series B-1) |
| Mark L. Fins Revocable Trust , | 7.86 | Other (Series B-1) |
| Madeline A. Reese 2017 Trust , | 0.20 | Other (Series B-1) |
| Lucius E. Reese Revocable Trust , | 0.27 | Other (Series B-1) |

**United States Bankruptcy Court**

IN RE:                                          Case No. 19-14405

Boonstle, Inc.                                  Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Lidia Mallo  Rolla , | 0.27 | Other (Series B-1) |
| Lawrence Smith , | 0.07 | Other (Series B-1) |
| Kulakuku Enterprise St , | 0.14 | Other (Series B-1) |
| Kalyanaraman Venkataramani , | 0.14 | Other (Series B-1) |
| Jose Maria Aguirre , | 0.55 | Other (Series B-1) |
| Graymatter Capital LLC , | 1.37 | Other (Series B-1) |

**United States Bankruptcy Court**

IN RE:                                                              Case No. 19-14405
                                                                    _____
Boonstle, Inc.
_____  Chapter  7
                                                                    _____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| George Miller , | 0.07 | Other (Series B-1) |
| Gavin Smith , | 0.34 | Other (Series B-1) |
| Fundacion Panama2070 , | 0.68 | Other (Series B-1) |
| Francisco Rey , | 0.68 | Other (Series B-1) |
| Francisco Goiccoerrotea Sarri , | 0.48 | Other (Series B-1) |
| Eric Metz , | 0.07 | Other (Series B-1) |

**United States Bankruptcy Court**

IN RE:                                                    Case No. 19-14405

Boonstle, Inc.                                            Chapter    7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Dragoneria St , | 0.27 | Other (Series B-1) |
| Doug Marquis , | 0.19 | Other (Series B-1) |
| Diego Narvaez Vega de Seoane , | 0.27 | Other (Series B-1) |
| Chirstina Garay , | 0.55 | Other (Series B-1) |
| Cheryl Stathakis 1999 Revocable Trust , | 0.51 | Other (Series B-1) |
| Charles Evan , | 0.14 | Other (Series B-1) |

**United States Bankruptcy Court**

IN RE:

Boonstle, Inc.

Case No. 19-14405

Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Bob Costas , | 0.68 | Other (Series B-1) |
| Ashok T. Khubchandani , | 0.12 | Other (Series B-1) |
| Antonio Baselga de la Vega , | 0.48 | Other (Series B-1) |
| Ajay J. Patel , | 0.12 | Other |
| Abdur Nemeri , | 0.34 | Other (Series B-1) |
| Aaron and Michelle Turner , | 0.14 | Other (Series B-1) |

**United States Bankruptcy Court**

IN RE:                                                    Case No. ___19-14405___

Boonstle, Inc.
_____    Chapter ___7___

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Todd and Karyn Bundrant Family Trust , | 0.08 | Other (Series A-1) |
| Sanjay Tulsiani , | 0.08 | Other (Series A-1) |
| Roberto Diaz Rincon Cohen , | 0.16 | Other (Series A-1) |
| Riverplate Foundation , | 0.40 | Other (Series A-1) |
| RBC Capital Markets Cust fbo Robert J. Foester , | 0.05 | Other (Series A-1) |
| Paul Peterson , | 0.08 | Other (Series A-1) |

**United States Bankruptcy Court**

IN RE:                                                        Case No. 19-14405

Boonstle, Inc.                                                Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Olivia Day Reese 2017 Trust , | 0.24 | Other (Series A-1) |
| Negocios Familiares Reunidos S.L. , | 0.16 | Other (Series A-1) |
| N Shaw LLC , | 0.07 | Other (Series A-1) |
| Michael Berkowitz , | 0.08 | Other (Series A-1) |
| Matthew Marquis , | 0.13 | Other (Series A-1) |
| Madeline A. Reese 2017 Trust , | 0.24 | Other (Series A-1) |

**United States Bankruptcy Court**

IN RE:                                                    Case No. 19-14405

Boonstle, Inc.                                            Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Lidia Mallo Rolla , | 0.40 | Other (Series A-1) |
| Lawrence Smith , | 0.08 | Other (Series A-1) |
| Jose Maria Aguirre , | 0.23 | Other (Series A-1) |
| Jack Zamora , | 0.80 | Other (Series A-1) |
| Fundacion Panama 2070 , | 0.40 | Other (Series A-1) |
| Francisco Rey , | 0.16 | Other (Series A-1) |

**United States Bankruptcy Court**

IN RE:

Boonstle, Inc.

Case No. 19-14405

Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Francisco Goicoerrotea Sarri , | 1.12 | Other (Series A-1) |
| Christina Garay , | 0.16 | Other (Series A-1) |
| Bruce P. Shaw Trust , | 0.07 | Other (Series A-1) |
| Antonio Baselga de la Vega , | 0.48 | Other (Series A-1) |
| Amy Wickstrom , | 0.08 | Other (Series A-1) |
| Adam Salomone , | 0.02 | Other (Series A-1) |

**United States Bankruptcy Court**

IN RE:

Boonstle, Inc.

Case No. 19-14405

Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| William Madden , | 0.07 | Other (Series A-2) |
| Vikas Sood , | 0.07 | Other (Series A-2) |
| Vikas Khurana , | 0.12 | Other (Series A-2) |
| Todd and Karen Bundrant , | 0.12 | Other (Series A-2) |
| Tim Yun , | 0.02 | Other (Series A-2) |
| Tim Routheaux , | 0.12 | Other (Series A-2) |

**United States Bankruptcy Court**

IN RE:                                          Case No. 19-14405
_____

Boonstle, Inc.
_____          Chapter 7
                                                _____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Susan Kuntz , | 0.12 | Other (Series A-2) |
| Stephen A. McDonnell , | 0.07 | Other (Series A-2) |
| Sonu Kaira , | 0.27 | Other (Series A-2) |
| Shivan Shah , | 0.23 | Other (Series A-2) |
| Scott Janess , | 0.12 | Other (Series A-2) |
| Saurabh Mahajan , | 0.14 | Other (Series A-2) |

**United States Bankruptcy Court**

IN RE:                                                    Case No. 19-14405

Boonstle, Inc.                                            Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Sanjay Tulsiani , | 0.28 | Other (Series A-2) |
| Rick and Tony Fentin , | 0.01 | Other (Series A-2) |
| Richard Lane , | 0.16 | Other (Series A-2) |
| Richard and Anne Issenberg , | 0.07 | Other (Series A-2) |
| Rajit Gupta , | 0.18 | Other (Series A-2) |
| Rafael Rupo and Karen Wiss , | 0.07 | Other (Series A-2) |

**United States Bankruptcy Court**

IN RE:

Boonstle, Inc.

Case No. 19-14405

Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Paul and Teresa Lessin , | 0.07 | Other (Series A-2) |
| Patrick Galley , | 0.49 | Other (Series A-2) |
| Pallav Gupta , | 0.07 | Other (Series A-2) |
| One Way Ventures Fund, LLP , | 0.11 | Other (Series A-2) |
| Nishant Gupta , | 0.30 | Other (Series A-2) |
| Neal Grace , | 0.01 | Other (Series A-2) |

**United States Bankruptcy Court**

IN RE:

Boonstle, Inc.

Case No. 19-14405

Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Nand Sharma , | 0.06 | Other (Series A-2) |
| Monika and Akshay Jain , | 0.14 | Other (Series A-2) |
| Matthew Marquis , | 0.28 | Other (Series A-2) |
| Mark Fine , | 1.55 | Other (Series A-2) |
| Lesley Markman , | 0.04 | Other (Series A-2) |
| Katherine Gabelman , | 0.12 | Other (Series A-2) |

**United States Bankruptcy Court**

IN RE:                                                    Case No. 19-14405

Boonstle, Inc.                                            Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Kalvanaraman Venkataramani<br>, | 0.07 | Other (Series A-2) |
| Julie Fins<br>, | 0.02 | Other (Series A-2) |
| Jose Maria Aguirre<br>, | 0.24 | Other (Series A-2) |
| Jordan Carter<br>, | 0.03 | Other (Series A-2) |
| John Ruth<br>, | 0.50 | Other (Series A-2) |
| John Larkin<br>, | 0.07 | Other (Series A-2) |

**United States Bankruptcy Court**

IN RE:                                                          Case No. 19-14405

Boonstle, Inc.                                                 Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Joanna Chodes , | 0.03 | Other (Series A-2) |
| Jafar Rizvl , | 0.05 | Other (Series A-2) |
| Ira Bromberg , | 0.05 | Other (Series A-2) |
| Gul Moonis , | 0.14 | Other (Series A-2) |
| Greg Dennerlein , | 0.12 | Other (Series A-2) |
| Graymatter Capital LLC , | 0.99 | Other (Series A-2) |

**United States Bankruptcy Court**

IN RE:                                                    Case No. 19-14405

Boonstle, Inc.                                            Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| George Miller , | 0.12 | Other (Series A-2) |
| Eric Metz , | 0.12 | Other (Series A-2) |
| Eddie Shagas , | 0.06 | Other (Series A-2) |
| Dragonaria St. , | 0.24 | Other (Series A-2) |
| Dr. James Wilcox , | 0.12 | Other (Series A-2) |
| Dr. Daniel Perlman , | 0.07 | Other (Series A-2) |

**United States Bankruptcy Court**

IN RE:

Boonstle, Inc.

Case No. 19-14405

Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Doug Marquis , | 0.24 | Other (Series A-2) |
| David Stern , | 0.07 | Other (Series A-2) |
| David and Heather Vigorito , | 0.01 | Other (Series A-2) |
| Christina Garay , | 0.24 | Other (Series A-2) |
| Cheryl Stathakis 1999 Revocable Trust , | 0.61 | Other (Series A-2) |
| Charles Evan , | 0.13 | Other (Series A-2) |

**United States Bankruptcy Court**

IN RE:                                          Case No. 19-14405

Boonstle, Inc.                                  Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Bruce Mathias , | 0.07 | Other (Series A-2) |
| Brian and Edna McTernan , | 0.49 | Other (Series A-2) |
| Bonnie Stoddard , | 0.07 | Other (Series A-2) |
| Barry and Jo-anne Harris Nyer , | 0.06 | Other (Series A-2) |
| Ashok T. Khubchandani , | 0.14 | Other (Series A-2) |
| Aron Glassman , | 0.07 | Other (Series A-2) |

**United States Bankruptcy Court**

IN RE:

Case No. 19-14405 _____

Boonstle, Inc. _____

Chapter 7 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Arlene Issenberg , | 0.07 | Common stockholder |
| Ankit Kesarwani , | 0.14 | Other (Series A-2) |
| Anamika Bhondele , | 0.12 | Other (Series A-2) |
| Ajay J. Patel , | 0.14 | Other (Series A-2) |
| Aaron & Michelle Turner , | 0.12 | Other (Series A-2) |
| Raj Ravani , | 1.48 | Other (Pre Series A) |

**United States Bankruptcy Court**

IN RE:                                          Case No. 19-14405

Boonstle, Inc.                                  Chapter   7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Robert Cahill , | 1.18 | Other (Pre Series A) |
| Sam Simmons , | 1.78 | Other (Pre Series A) |
| Robert D. Cohan , | 2.49 | Preferred stockholder |
| David Hartstein , | 3.73 | Other (Pre Series A) |
| Abdur Nimeri , | 0.34 | |
| Amit Gupta 28 9th Street Apartment 802, Medford, MA 02155 | 22.64 | Other (Pre Series A) |